UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :    UNSEALING ORDER
                                  :
            -v.-                  :    S2 06 Cr. 982 (BSJ)
                                  :
MICHAEL ANNUCCI,                  :
    a/k/a "Mickey Annucci," and   :
FRANK PROSCIA,                    :
    a/k/a "Frankie Proscia,"      :
                                  :
            Defendants.           :
                                  :
- - - - - - - - - - - - - - - - -x

     WHEREAS, the above-captioned indictment was returned on May 16, 2007, and, upon application of the Government, ordered to be filed under seal; and

     WHEREAS, the Government has requested that the above-captioned indictment be unsealed;

     IT IS HEREBY ORDERED, that the Indictment docketed S2 06 Cr. 982 be unsealed.

Dated:  New York, New York
        May 17, 2007

SO ORDERED:

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

                                        HENRY PITMAN
                                  United States Magistrate Judge
                                  Southern District of New York

[Stamp: USDC SDNY ELECTRONICALLY FILED DOC #: MAY 17 2007]