# EXHIBIT A

New York City District Council
395 Hudson Street
New York, NY 10014

## AFFIDAVIT

1 OF 2

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NEW YORK)

Michael D Annucci being duly sworn, deposes and says:
(DEPONENT)

I Michael D Annucci, as a member of the Carpenters Union make the following allegations of fact:

I FIRST FOUND OUT ABOUT BEENING AN ORGANIZER ON FEB 8 ED MEETING I TOLD DANNY D. THAT I WOULD LIKE TO TAKE A FEW DAY OFF AND REPLACE ME AS S.S. AT 11 MADISON AVE I HAD NO IDEA WHO WAS GOING TO BE THE NEW STEWARD I TOLD DANNY THAT CIELING + DRYWALL SKILLS WERE NESEARY. THURS FEB 9 I WHENT TO GET MY TOOL AND I SAW FRANK PROSIA AS THE NEW STEWARD THE B.A. FK IS ASSIGNED THE AREA I TOLD FRED THAT WE DO DRYWALL + CIELING

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

Michael D Annucci
(SIGNATURE)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME THIS 28 DAY OF FEBRUARY, 2006.

(NOTARY PUBLIC)

New York City District Council
395 Hudson Street
New York, NY 10014

## AFFIDAVIT

2 of 2

STATE OF NEW YORK)
                  ) ss.:
COUNTY OF NEW YORK)

Michael D Annucci, being duly sworn, deposes and says:
      (DEPONENT)

I, Michael D Annucci, as a member of the Carpenters Union make the following allegations of fact:

I MAY HAVE TOLD FREDDY THE NIGHT FEB 8 ABOUT THE SKILLS
WHEN I WAS AT 11 MAD, WE DID BLOW OUT PACHES AND SHIPD AND CIELING TILES FOR REPLACEMENT WE KRATED 15/20 SKIDS OF ROCK AND 20/30 BOXES OF TILE CIELING

I HAD NO CONVERSION WITH ANY ONE PRIOR TO DISPATCH

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

_____
(SIGNATURE)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME THIS 28 DAY OF FEBRUARY, 2006.

_____
(NOTARY PUBLIC)

## INVESTIGASTIVE INTERVIEW NYCDC

NAME M. ANNUCCI           CASE # _____
DATE 2-28-06              SUMMONS # WALK IN IT

DK Meeting By M. FONDE

JULY 11, 2001 DISPATCH TO L4D 1ST

FEB 8TH DK MEETING
MADE B/A By EST FONDE
TOLD DANNY B/A 157 TO REPLACE
HIM AT 11 MADISON AVE
WAS GOING TO TAKE A FEW DAYS OFF
START MONDAY 2-13-06 → AS B/A
SAID HAS TO BE 3 WOMENS ON SITE
AT ALL TIMES.
WERNER KREBS DID SHEET ROCK
NIBBS & DRYWALL

# INVESTIGASTIVE INTERVIEW NYCDC

NAME M. ANNUCCI         CASE # _____
DATE 2-28-06            SUMMONS # WALK IN I/H

TOLD DANNY OF DRYWALL & CEILING SKILLS.
WENT TO JOB SITE PICK UP'S TOOLS.
NEVER SPOKE FRANK W. PROSCIA. ABOUT
JOB SITE.
- SHEETROCK - PATCH
- CEILIG - PATCH
  20-30 SHEET ROCK ON HAND
  2 TIMES A MONTH. PATCHS CEILINGS & DRYWALL
  SOFITS NEW
  SLOP SINKS LAUN WALLS
  DOOR BUCKS
  TRIM OPENINGS →

2387