# EXHIBIT A

New York City District Council
395 Hudson Street
New York, NY 10014

## AFFIDAVIT

1 OF 2

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NEW YORK)

Michael D Annucci, being duly sworn, deposes and says:
         (DEPONENT)

I Michael D Annucci, as a member of the Carpenters Union make the following allegations of fact:

I FIRST FOUND OUT ABOUT BEENING AN ORGANIZER ON FEB 8 ED MEETING I TOLD DANNY D. THAT I WOULD LIKE TO TAKE A FEW DAY OFF AND REPLACE ME AS S.S. AT 11 MADISON AVE. I HAD NO IDEA WHO WAS GOING TO BE THE NEW STEWARD I TOLD DANNY THAT CIELING + DRYWALL SKILLS WERE NESFARY. THURS FEB 9 I WHENT TO GET MY TOOL AND I SAW FRANK PROSIA AS THE NEW STEWARD THE B.A. FK IS ASSIGNED THE AREA I TOLD FRED THAT WE DO DRYWALL + CIELING

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

Michael D Annucci
(SIGNATURE)

SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME THIS 28 DAY OF FEBRUARY, 2006.

Scott
(NOTARY PUBLIC)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

New York City District Council
395 Hudson Street
New York, NY 10014

## AFFIDAVIT

2 of 2

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NEW YORK)

MICHAEL D ANNUCCI, being duly sworn, deposes and says:
      (DEPONENT)

I, Michael D Annucci, as a member of the Carpenters Union make the following allegations of fact:

I MAY HAVE TOLD FREDDY THE NIGHT FEB 8 ABOUT THE SKILLS WHEN I WAS AT 11 MAD, WE DID BLOW OUT PATCHES AND SHIPD AND CIELING TILES FOR REPLACEMENT WE KRATED 15/20 PIRLIES OF ROCK AND 20/30 BOXES OF TILE CIELING

I HAD NO CONVERSION WITH ANY ONE PRIOR TO DISPATCH

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a Class A Misdemeanor under the laws of the State of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

_____
(SIGNATURE)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME THIS 28 DAY OF FEBRUARY, 2006.

_____
(NOTARY PUBLIC)

# INVESTIGASTIVE INTERVIEW NYCDC

NAME M. ANNUCCI  
DATE 2-28-06  
CASE # _____  
SUMMONS # WALK IN IN

DK Meeting By M. FONDE

JULY 11, 2001 DISPATCH TO L&D 1st

FEB 8TH DK MEETING
MADE B/A By EST FONDE
TOLD DANNY B/A IS7 TO REPLACE
HIM AT 11 MADISON AVE
WAS GOING TO TAKE A FEW DAYS OFF
START MONDAY 2-13-06 → AS B/A
SAID HAS TO BE 3 WOMENS ON SITE
AT ALL TIMES.
WERNER KROBS DID SHEET ROCK
NIBBS & DRYWALL

# INVESTIGASTIVE INTERVIEW NYCDC

NAME M. ANNUCCI  
DATE 2-28-06  
CASE # _____  
SUMMONS # WALK IN I/t

TOLD DANNY OF DRYWALL & CEILING SKILL  
WENT TO JOB SITE PICK/UP TOOLS.  
NEVER SPOKE FRANK W. PROSCIA. ABOUT  
JOB SITE.  
— SHEETROCK — PATCH  
— CEILY — PATCH  
20 - 30 SHEET ROCK ON HAND  
2 TIMES A MONTH PATCHS CEILINGS & DRYWALL  
SOFITS NEW  
SLOP SINKS LAU WALLS  
DOOR BUCKS  
TRIM OPENINGS →

2387