

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2007

**By Hand**
The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

      Re:    United States v. Annucci and Proscia
               S1 06 Cr. 982 (BSJ)

Dear Judge Jones:

      The Government respectfully submits this letter to inform the Court of the status of the case with regard to defendant Frank Proscia, and to request additional time to respond to Proscia's motions.

      The Government and counsel for Proscia have been engaged in extensive plea negotiations; the parties anticipate a resolution to this matter within the next two weeks. Consistent with the schedule set by the Court, Proscia filed defense motions, and the Government's responses are due September 17, 2007. In light of the fact that the Government anticipates that Proscia will enter a guilty plea, thus obviating the need for the Government to respond to Proscia's motions, the Government, with Proscia's consent, respectfully requests an extension of time to respond to the motions, from September 17 to September 24, 2007. In addition, the parties request that the date for a conference before the Court be similarly extended to on or around October 4, 2007, or as soon thereafter is convenient to the Court.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: *Katherine Goldstein*
                        Katherine Goldstein/Lisa Zornberg
                        Assistant United States Attorneys
                        (212) 637-2720/ 2641

cc:    Charles Ross, Esq. (By facsimile)
       Joseph DeMatteo, Esq. (By facsimile)

*Application Granted. Argument Rescheduled for Oct 5, 10 AM*

SO ORDERED.
*Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07