

**Charles A. Ross & Associates, LLC**
Trusted Legal Defense

Charles A. Ross
Founding Partner
Direct Dial: 212.616.3032
Direct Fax: 212.616.3033
cross@carossassoc.com

November 2, 2007

<u>VIA FACSIMILE 212.805.6191</u>

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

    Re:  <u>United States v. Frank Proscia, et al.</u>
          S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

    As you are aware, we represent Frank Proscia in the above-referenced matter. In light of our client's recent plea of guilty on October 29, 2007, we respectfully request we be permitted to withdraw our motions currently pending before your Honor.

Respectfully Submitted,

*Charles A. Ross*

Charles A. Ross

cc: Lisa Zornberg
    Katherine Goldstein
    Assistant United States Attorneys (Via Facsimile)

*Application granted.
So ordered.
[signature]
LL SDJ*

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com