

**Charles A. Ross**
***& Associates, LLC***
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

January 7, 2008

VIA FACSIMILE

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08
```

    Re:   United States v. Frank Proscia et al.
            S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

    As you are aware, we represent Frank Proscia in the above-referenced matter. Mr. Proscia is currently scheduled to be sentenced before your Honor on February 1, 2008. We respectfully request that his sentence be adjourned for thirty days as we are still in the process of completing Mr. Proscia's Financial Affidavit for the Probation Department and still need to prepare a Sentencing Memorandum on his behalf. This is our first request to adjourn Mr. Proscia's sentence.

    I spoke to Assistant United States Attorney Lisa Zornberg and she consents to this adjournment. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Christopher L. Padurano

cc:   Lisa Zornberg
      Assistant United States Attorney (Via Electronic Mail)

      Dan Voice
      U.S. Probation Officer (Via Electronic Mail)

      Frank Proscia (Via First Class Mail)

*Application granted. Sentencing is adjourned to March 7, 2008 at 3PM.*

SO ORDERED
Dated: 1/8/08

BARBARA S. JONES
U.S.D.J.

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com