

**Charles A. Ross**
*& Associates, LLC*
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial  212.616.3034
Direct Fax.  212.616.3035
cpadurano@carossassoc.com

February 14, 2008

<u>VIA FACSIMILE</u>

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

USDC SDNY
DOCUMENT
...
2/15/08 dw

Re:  <u>United States v. Frank Proscia et al.</u>
     S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

As you are aware, we represent Frank Proscia in the above-referenced matter. Mr. Proscia is currently scheduled to be sentenced before your Honor on March 7, 2008. We respectfully request that his sentence be adjourned for thirty days.

I recently spoke to Mr. Proscia's Probation Officer, Dan Voice, who informed me that he had not yet received Mr. Proscia's completed Financial Affidavit. I reviewed our internal records which indicated the completed Financial Affidavit was indeed mailed to Mr. Voice; however, it appears there was an issue with our mail provider, DHL. Consequently, I had to resend the materials to Mr. Voice, who advises me he will need additional time to prepare Mr. Proscia's Presentence Investigation Report ("PSR"). The adjournment will allow us to review Mr. Proscia's PSR with him and to prepare a Sentencing Memorandum on his behalf. This is our second request to adjourn Mr. Proscia's sentence.

I spoke to Assistant United States Attorney Lisa Zornberg and she consents to this adjournment. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

*Application granted. Sentencing is adjourned to April 11, 2008 at 3PM.*

SO ORDERED
Dated: 2/15/08
BARBARA S. JONES
U.S.D.J.

Sincerely,

Christopher L. Padurano

Christopher L. Padurano

Trinity Centre, Suite 1401, 111 Broadway, New York, NY  10006  •  212-616-3030 Main  •  212-616-3031 Fax
Info@CARossAssoc.com  •  www.CARossAssoc.com