

**Charles A. Ross & Associates, LLC**
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

April 1, 2008

VIA FACSIMILE

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DATE FILED: 4/3/08 dc

Re: United States v. Frank Proscia et al.
S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

As you are aware, we represent Frank Proscia in the above-referenced matter. Mr. Proscia is currently scheduled to be sentenced before your Honor on April 11, 2008. We respectfully request that his sentence be adjourned for two weeks to allow us to sufficiently prepare for his sentence. We have reviewed Mr. Proscia's Presentence Investigation Report ("PSR") with him and are currently drafting a response to the United States Department of Probation. Additionally, we are also in the process of preparing a Sentencing Memorandum on his behalf.

Mr. Proscia's original sentence date was scheduled for February 1, 2008. This is our third request to adjourn Mr. Proscia's sentence. Finally, I spoke to Assistant United States Attorney Lisa Zornberg and she consents to this adjournment. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

*Application granted. Sentencing is adjourned to April 25, 2008 at 2PM.*

Sincerely,

Christopher L. Padurano

Christopher L. Padurano

SO ORDERED
Dated: _Barbara S. Jones_
BARBARA S. JONES
U.S.D.J.
4/2/08

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com