

Charles A. Ross
& Associates, LLC
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

April 15, 2008

VIA FACSIMILE 212.805.6191

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

Re:   United States v. Frank Proscia, et al.
      S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

As you are aware, we represent Frank Proscia in the above-referenced matter. We respectfully request that Mr. Proscia's bail conditions be modified to allow him to visit a family friend in Pennsylvania from April 18, 2008, up to and including April 20, 2008. The address where Mr. and Mrs. Proscia will be staying is 56 Dear Run Road, Pocono Pine, Pennsylvania 18350. The phone number there is 570.646.0928.

I advised Mr. Proscia's Pre-Trial Services Officer, Jeff Steimel, of this bail modification and he does not object. I also spoke to Assistant United States Attorney Lisa Zornberg and she consents to this bail modification. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Christopher L. Padurano

Christopher L. Padurano

cc: Lisa Zornberg
    Assistant United States Attorney
    (Via Electronic Mail)

    Jeff Steimel
    (Via Facsimile)

    Frank Proscia
    (Via Electronic Mail)

*Handwritten order:* Application granted. Defendant's bail conditions are modified to allow him to travel to Pennsylvania from April 18, 2008 to April 20, 2008. All other bail conditions remain unchanged.

SO ORDERED
Dated: 4/16/08
BARBARA S. JONES
U.S.D.J.

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARoss.Assoc.com • www.CARoss.Assoc.com