

**Charles A. Ross**
**& Associates,** LLC
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

April 16, 2008

VIA FACSIMILE

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/21/08 dc

   Re: United States v. Frank Proscia et al.
     S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

  As you are aware, we represent Frank Proscia in the above-referenced matter. Mr. Proscia is currently scheduled to be sentenced before your Honor on April 25, 2008. We respectfully request that his sentence be adjourned for two weeks to afford us additional time to complete a Sentencing Memorandum on his behalf and to allow the Court sufficient time to review it.

  Mr. Proscia's original sentence date was scheduled for February 1, 2008. This is our fourth and final request to adjourn Mr. Proscia's sentence. Finally, I spoke to Assistant United States Attorney Lisa Zornberg and she consents to this adjournment. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

*[Handwritten: Application granted. Sentencing is adjourned to May 8, 2008 at 11AM.]*

Sincerely,

*Christopher L. Padurano*

Christopher L. Padurano

SO ORDERED
Dated:
*[signature]*
BARBARA S. JONES
U.S.D.J.
4/21/08

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com