

**Charles A. Ross**
**& Associates, LLC**
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

April 28, 2008

VIA FACSIMILE 212.805.6191

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/30/08]*

Re:  United States v. Frank Proscia, et al.
    S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

As you are aware, we represent Frank Proscia in the above-referenced matter. On April 16, 2008, your Honor modified Mr. Proscia's bail conditions to allow Mr. Proscia to travel to Pennsylvania from April 18 through 20 to visit a family friend. Unfortunately, that trip was cancelled. Accordingly, we respectfully request that Mr. Proscia's bail conditions be modified once again to allow him to visit that same family friend in Pennsylvania from May 2, 2008, up to and including May 4, 2008. The address where Mr. and Mrs. Proscia will be staying is 56 Dear Run Road, Pocono Pine, Pennsylvania 18350. The phone number there is 570.646.0928.

I advised Mr. Proscia's Pre-Trial Services Officer, Jeff Steimel, of this bail modification and he consents to it. I also spoke to Assistant United States Attorney Lisa Zornberg and she also consents to this bail modification. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Christopher L. Padurano*

Christopher L. Padurano

cc:  Lisa Zornberg
    Assistant United States Attorney
    (Via Electronic Mail)

    Jeff Steimel
    (Via Facsimile)

    Frank Proscia
    (Via Electronic Mail)

*[Handwritten: Application is granted. So ordered. Barbara S. Jones, USDJ 4/29/08]*

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com