

**Charles A. Ross**
**& Associates, LLC**
Trusted Legal Defense

Christopher L. Padurano
*Senior Associate*
Direct Dial: 212.616.3034
Direct Fax: 212.616.3035
cpadurano@carossassoc.com

July 12, 2007

VIA FACSIMILE 212.805.6191

Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D. 5/30/08 dc

Re:   United States v. Frank Proscia, et al.
      S2 06 Cr. 982 (BSJ)

Dear Judge Jones:

As you are aware, we represent Frank Proscia in the above-referenced matter. We are currently scheduled to appear before your Honor for a pretrial conference tomorrow, July 13, 2007, at 2:00 p.m. I respectfully request that the conference be adjourned for several days due to a scheduling conflict. I spoke to your Honor's chambers yesterday and was advised that your Honor is available on Thursday, July 19, 2007, at 4:30 p.m. for the pretrial conference. Finally, we consent to the exclusion of time under the Speedy Trial Act.

I spoke to Assistant United States Attorney Katherine Goldstein about this brief adjournment and she consents. Additionally, I spoke to counsel for co-defendant Michael Annucci – Joseph DeMatteo, Esq. – and he too consents to this brief adjournment. Thank you for your consideration and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Christopher L. Padurano*

Christopher L. Padurano

cc:   Lisa Zornberg
      Katherine Goldstein
      Assistant United States Attorneys (Via Facsimile)

      Joseph R. DeMatteo, Esq. (Via Facsimile)

Application granted. Conference is adjourned to July 19, 2007 at 4:30 PM. Under the interest of justice exception to the speedy Trial Act, time is excluded until July 19, 2007.

SO ORDERED _____
Dated:                BARBARA S. JONES
                      U.S.D.J.
                      7/13/07

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3060 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com